IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON CASTLE BROWN, JR.,

    Petitioner,                      No.  2:12-cv-1952 GGH P

    vs.

TIM VIRGA,

    Respondent.                   <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has apparently attempted to file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, in doing so, petitioner has failed altogether to provide any of the required information on the habeas application.  Petitioner has not set forth what conviction or sentence he is challenging, where and when he was convicted and for what criminal offense(s).  In failing to provide this most basic information, he has also not set forth any grounds for any challenge to the unidentified state court conviction/sentence or indicated whether or not any such grounds have been exhausted in state court.  The wholly inadequate petition will be dismissed but petitioner will be granted leave to amend.

        In addition, petitioner has not filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the

opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

Finally, petitioner has filed a difficult-to-decipher motion for records and transcripts which is directed to "the Superior Court of the State of California in and for the County of the United States [sic]", or, alternatively, the "County of Ninth Circuit [sic]." Petitioner does not even identify the criminal conviction for which he seeks the records and transcripts. This inapposite motion will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The petition is dismissed with leave to file, within thirty days of the date of this order, an amended petition which cures the deficiencies set forth above;

2. In addition, petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

3. Petitioner's motion for hearings and transcripts, filed on July 25, 2012 (docket # 2), is denied;

4. The Clerk of the Court is directed to send petitioner a copy of the form for filing a habeas application pursuant to 28 U.S.C. § 2254 and an in forma pauperis form used by this district; and

5. This action is subject to dismissal for petitioner's failure to comply with any portion of this order.

DATED: August 13, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009
brow1952.ord