IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON CASTLE BROWN, JR.,

    Petitioner,                    No. 2:12-cv-1952 GGH P

    vs.

TIM VIRGA,                           ORDER &

    Respondent.                FINDINGS & RECOMMENDATIONS

_____/

        By order filed August 13, 2012, petitioner's application was dismissed and thirty days' leave to file an amended application and either an affidavit in support of his request to proceed in forma pauperis or the filing fee was granted. The thirty day period has now expired, and petitioner has not filed an amended application, an in forma pauperis affidavit or the filing fee, or otherwise responded to the court's order.

        Accordingly, IT IS ORDERED that the Clerk of the Court assign a district judge to this case.

        IT IS HEREBY RECOMMENDED that this action be dismissed. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen

1

1 days after being served with these findings and recommendations, petitioner may file written

2 objections with the court.  The document should be captioned "Objections to Magistrate Judge's

3 Findings and Recommendations."  Petitioner is advised that failure to file objections within the

4 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

5 F.2d 1153 (9th Cir. 1991).

6 DATED: September 26, 2012

<u>/s/ Gregory G. Hollows</u><br>
UNITED STATES MAGISTRATE JUDGE

GGH:009
brow1952.fta